BEFORE THE THIRD DIVISION, APRIL 7, 1941

No. 45662.—Protests 962193–G, etc., of W. J. Bush Co., Inc. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the

authority of *Wilson* v. *United States* (28 C. C. P. A. 63, C. A. D. 126) the ginger root in question was held entitled to free entry under paragraph 1768 as claimed.